241 U. S.	Decisions on Petitions for Writs of Certiorari.

STRAT ET AL., ETC. March 6, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. George F. Deiser* for the petitioner. No appearance for the respondents.

---

No. 871. TUBULAR WOVEN FABRIC COMPANY, PETITIONER, *v.* NATIONAL METAL MOLDING COMPANY. March 6, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William Quinby, Mr. F..W. Lehmann, Mr. Frank Y. Gladney, Mr. Livingston Gifford* and *Mr. Peter G. Gerry* for the petitioner. *Mr. Charles F. Perkins* for the respondent.

---

No. 878. CECIL F. ADAMSON, PETITIONER, *v.* DAVID C. GILILLAND. March 13, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Percy B. Hills* for the petitioner. No appearance for the respondent.

---

No. 848. GEORGE RUE, PETITIONER, *v.* THE UNITED STATES. March 13, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Cecil H. Smith* for the petitioner. No brief for the respondent.

---

No. 877. EDWARD W. G. MEERS ET AL., PETITIONERS, *v.* ALBERT CHILDERS. March 13, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals